1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
ANN L. MALEY
4 | Special Assistant United States Attorney
California Bar No. 176877
5 |
      333 Market Street, Suite 1500
6 |   San Francisco, California 94105
      Telephone:  (415) 977-8974
7 |   Facsimile:  (415) 744-0134
      E-Mail: Ann.Maley@ssa.gov
8 |
Attorneys for Defendant,
9 | Commissioner of Social Security

10 |                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
11 |                        WESTERN DIVISION

12 |

13 |   HERMELINDA GARCIA,              )        **No. CV. NO. 09-7253 JEM**
                                      )
14 |        Plaintiff,                 )
                                      )        **JUDGMENT**
15 |            v.                     )
                                      )
16 |   MICHAEL J. ASTRUE,              )
      Commissioner of Social Security, )       **Court:   Hon. John E. McDermott**
17 |                                   )                 **U.S. Magistrate Judge**
                                      )
18 |        Defendant.                 )
      _____ )
19 |

20 |        The Court having approved the parties' Stipulation to Voluntary Remand

21 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

22 | ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

23 | of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

24 | above-captioned action is remanded to the Commissioner of Social Security for

25 | further proceedings consistent with the Stipulation of Remand.

26 |

27 | DATED: *June 24, 2010*              */s/John E. McDermott*
                                      JOHN E. MCDERMOTT
28 |                                   UNITED STATES MAGISTRATE JUDGE