1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff
6  Hermelinda B. Garcia

7

8              **UNITED STATES DISTRICT COURT**
        **CENTRAL DISTRICT OF CALIFORNIA  WESTERN DIVISION**
9

10 | HERMELINDA B. GARCIA,        | ) Case No.: CV 09-07253 JEM
   |                              | )
11 |          Plaintiff,          | ) [PROPOSED] ORDER AWARDING
   |                              | ) EQUAL ACCESS TO JUSTICE ACT
12 |     vs.                      | ) ATTORNEY FEES AND EXPENSES
   |                              | ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,           | ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security, | ) U.S.C. § 1920
14 |                              | )
   |          Defendant           | )
15 |                              | )
                                   )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $2,900.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 DATE:  October 6, 2010

22              */s/John E. McDermott*
                THE HONORABLE JOHN E MCDERMOTT
23              UNITED STATES MAGISTRATE JUDGE

24

25

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Steven G. Rosales

_____

4 | Steven G. Rosales
Attorney for plaintiff Hermelinda B. Garcia

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26